**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANICA ASHBOURNE,<br>*Plaintiff*,<br>v.<br>DONNA HANSBERRY, *et al.*,<br>*Defendants*. | Civil Action No. 16-908 (CKK) |

**ORDER**
(March 29, 2017)

For the reasons stated in the accompanying Memorandum Opinion, the Court **GRANTS** Defendant's [6] Motion to Dismiss pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

This case is dismissed in its entirety.

***This is a final, appealable Order*.**

***So Ordered.***

Dated: March 29, 2017

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge